# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ALEX DEMOUCHET;**                                                    **PLAINTIFFS**
**SHAQUR STEVENSON;**
**HELEN SONNIER**

**v.**                                     **CIVIL ACTION NO. 1:25-cv-240-TBM-RPM**

**JERQUEZ Da'VEONA HUGHEY;**
**MELTON TRUCK LINES, INC.**                                          **DEFENDANTS**

## ORDER

This matter comes before the Court on the Defendants' Motion for Partial Judgment on the Pleadings [22]. Pursuant to Plaintiffs' second Amended Complaint [61] filed on December 17, 2025, the Court finds that the Defendants' Motion for Partial Judgment on the Pleadings is MOOT.

Plaintiffs' second Amended Complaint [61] renders the Consolidated Amended Complaint [1-1] of no legal effect because the second Amended Complaint [61] does not refer to, adopt, or incorporate by reference the Consolidated Amended Complaint [1-1]. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (finding that an amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading). Therefore, the pending Motion for Partial Judgment on the Pleadings [22] is moot. *See New Orleans Association of Cemetery Tour Guides and Companies v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1034 (5th Cir. 2023) ("Because the first amended complaint is nullified, we cannot consider—and thus must dismiss—an appeal . . . stemming from said complaint.").

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendants' Motion for Partial Judgment on the Pleadings [22] is MOOT.

This, the 6th day of January, 2026.

                                                  TAYLOR B. McNEEL
                                                  UNITED STATES DISTRICT JUDGE